JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL CUTTER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, a business entity, form unknown; KAISER PERMANENTE, a business entity, form unknown; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 15-cv-06122-JFW-RAO<br><br>**ORDER ON STIPULATION TO REMAND ACTION TO STATE COURT** |

The Court, having reviewed and considered the Parties' Stipulation to Remand Action to State Court, and good cause appearing therefore, hereby remands the action to the Superior Court for the State of California, County of Los Angeles.

**IT IS SO ORDERED**.

DATED: September 1, 2015

_____
United States District Court Judge